AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:24CV00039

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* The City of Lynchburg, c/o Matthew Freedman, Lynchburg City Attorney
was received by me on *(date)* 8/15/24

☒ I personally served the summons on the individual at *(place)* Lynchburg City Hall, 900 Church St., Lynchburg, Va. on *(date)* Aug. 20, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 20, 2024

*Server's signature*

Breland Sandhoff
*Printed name and title*
Virginia Attorneys' Process Service
215 Alpha Ln Evington VA 24550
*Server's address*

Additional information regarding attempted service, etc: