AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:24CV00039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Garrett Waterman
was received by me on *(date)* 8/15/24

☐ I personally served the summons on the individual at *(place)*
                                                         on *(date)*            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                         , a person of suitable age and discretion who resides there,
on *(date)*         , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Vicki Ellis, Records Office Mgr. , who is designated by law to accept service of process on behalf of *(name of organization)*
Lynchburg Police Dept.              on *(date)* Aug. 20, 2024 ; or

☐ I returned the summons unexecuted because                                      ; or

☐ Other *(specify)*:

My fees are $       for travel and $       for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 20, 2024

                                                 *Server's signature*

Breeland Sandhoff
*Printed name and title*

Virginia Attorneys' Process Service
215 Alpha Ln Evington VA 24550
*Server's address*

Additional information regarding attempted service, etc: