IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STANLEY LEE BROWN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv00039 |
| | ) | |
| THE CITY OF LYNCHBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendant City of Lynchburg, Virginia, by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint because it fails to state a claim upon which relief can be granted as more fully set forth in Defendant City of Lynchburg's Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendant City of Lynchburg respectfully moves the Court to dismiss the Complaint with prejudice.

CITY OF LYNCHBURG

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for City of Lynchburg and
LPD Officer Garrett Waterman*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for City of Lynchburg and
LPD Officer Garrett Waterman*

2