IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 6:24cv00039 |
| ) | |
| THE CITY OF LYNCHBURG, et al., ) | |
| ) | |
| Defendants. ) | |

**RULE 26(f) REPORT, JOINT DISCOVERY PLAN, AND
STIPULATION REGARDING DISCLOSURES**

Counsel for the parties participated via telephone conference on September 12, 2024 at 3:00 p.m. for a meeting a required by Fed. R. Civ. P. 26(f) and submit the following report of that meeting and the parties' Joint Discovery Plan and Stipulation regarding disclosures.

1. **The following counsel participated in the conference:** M. Paul Valois, for the Plaintiff, and John R. Fitzgerald, for Defendants City of Lynchburg and Officer Garrett Waterman.

2. **Changes in the timing, form, or requirement for disclosures under Rule 26(a):**

    - The parties' Initial Disclosures under Fed. R. Civ. P. 26(a) will be due October 12, 2024.

    - Plaintiff's Initial Expert Disclosure will be due 150 days before trial.

    - Defendants' Initial Expert Disclosure will be due 120 days before trial.

    - Rebuttal will be due 90 days before trial.

3. **Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phase or be limited**:

- The parties do not anticipate any unusual discovery process for this matter. Should any discovery issue arise, the parties will meet and confer as necessary. The parties will supplement this Discovery Plan, as necessary, as discovery in this matter continues.

4. **Issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:**

   - The parties do not anticipate any issues related to the disclosure, discovery, or preservation of electronically stored information ("ESI"). The parties may request that any ESI be produced in its native format, if they choose.

5. **Issues about claims of privilege or of protection as trial-preparation materials, including−if the parties agree on a procedure to assert these claims after production−whether to ask the court to include their agreement in an order:**

   - The parties do not anticipate any issues in this regard.

6. **Changes to be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

   - The parties agree that it is necessary for a protective order to be entered to protect the confidentiality of certain documents and/or things and the privacy of individuals involved in this litigation.

7. **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):**

   - Pursuant to Rule 16(b) and (c), the parties jointly request that the Pretrial Order entered on September 11, 2024 be amended to reflect the plan set forth above,

specifically with reference to Section 2 above regarding disclosures under Rule 26(a).

We ask for this:

STANLEY LEE BROWN, JR.
DA'QUAN HUNT

By: /s/ M. Paul Valois
M. Paul Valois, Esquire (VSB 72326)
James River Legal Asscociates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: 434-8454529
Fax: 434-845-8536
mvalois@vbclegal.com
*Counsel for Plaintiffs*


CITY OF LYNCHBURG
GARRETT WATERMAN

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB# 22299)
John R. Fitzgerald (VSB# 98921)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Telephone: 540-387-2320
Facsimile: 540-389-2350
JimG@guynnwaddell.com
JohnF@guynnwaddell.com
*Counsel for Defendants*