IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF LYNCHBURG, et al., )<br>)<br>    Defendants. ) | Civil Action: 6:24cv00039 |

## **MOTION FOR PROTECTIVE ORDER**

Defendants City of Lynchburg and Officer Garrett Waterman, by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, move the Court for entry of the attached protective order. In support thereof, Defendants state as follows:

1. On September 12, 2024, the parties held a Rule 26(f) conference. During the conference, Defendants' counsel discussed the need for a protective order with Plaintiffs' counsel. The parties agreed it "appear[ed] necessary for a protective order to be entered to protect the confidentiality of certain documents and/or things anticipated to be requested in discovery" and that Defendants' counsel would submit a proposed protective order. (Rule 26(f) Report at ¶ 6, ECF No. 11.)

2. Counsel for the parties have agreed on the form of the attached Protective Order.

WHEREFORE, Defendants respectfully request that the Court enter the attached protective order.

        CITY OF LYNCHBURG
        GARRETT WATERMAN

        By: /s/ John R. Fitzgerald
        Jim H. Guynn, Jr. (VSB #22299)
        John R. Fitzgerald (VSB #98921)
        GUYNN WADDELL, P.C.
        415 S. College Avenue
        Salem, Virginia 24153
        Phone: 540-387-2320
        Fax:    540-389-2350
        Email: jimg@guynnwaddell.com
               johnf@guynnwaddell.com
        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*

        /s/ John R. Fitzgerald
        Jim H. Guynn, Jr. (VSB # 22299)
        John R. Fitzgerald (VSB # 98921)
        GUYNN WADDELL, P.C.
        415 S. College Avenue
        Salem, Virginia 24153
        Phone: 540-387-2320
        Fax:    540-389-2350
        Email: JimG@guynnwaddell.com
               JohnF@guynnwaddell.com
        *Counsel for Defendants*