IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 6:24cv00039 |
| ) | |
| THE CITY OF LYNCHBURG, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS**

Defendant LPD Officer Garrett Waterman, by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts 5 and 12 of the Complaint because they fail to state a claim upon which relief can be granted as more fully set forth in Defendant Officer Waterman's Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendant Officer Waterman respectfully moves the Court to dismiss Counts 5 and 12 of the Complaint with prejudice.

OFFICER GARRETT WATERMAN

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for City of Lynchburg and
LPD Officer Garrett Waterman*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for City of Lynchburg and LPD Officer Garrett Waterman*