IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 6:24cv00039 |
| ) | |
| THE CITY OF LYNCHBURG, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO AMEND PRETRIAL SCHEDULE

Defendants City of Lynchburg and Officer Garrett Waterman, by counsel, move to amend the pretrial schedule and in support thereof state as follows:

1. Counsel for Defendants has discussed this motion with counsel for the Plaintiffs and counsel for Plaintiffs agrees to the relief sought in this motion.

2. The pretrial schedule in the Court's order of September 11, 2024 (ECF No. 10) sets the deadline for initial disclosures under Rule 26(a) for 30 days from the order.

3. The parties filed a Rule 26(f) report on September 16, 2024 (ECF No. 11) that changed the deadline for Rule 26(a) initial disclosures to October 12, 2024.

4. Plaintiffs filed their First Amended Complaint by right pursuant to Rule 15(a)(1)(B) on October 1, 2024 (ECF No. 19), to which responsive pleadings from the Defendants are due October 15, 2024.

5. Accordingly, Defendants request that the Court extend the deadline for filing Rule 26(a) initial disclosures to November 15, 2024.

WHEREFORE, Defendants respectfully move the Court for entry of an order extending the deadline for filing Rule 26(a) initial disclosures to November 15, 2024.

CITY OF LYNCHBURG and
GARRETT WATERMAN

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
         johnf@guynnwaddell.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois (VSB 72326)
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
T: 434-845-4529
F: 434-845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: JimG@guynnwaddell.com
         JohnF@guynnwaddell.com
*Counsel for Defendants*
