IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action: 6:24cv00039 |
| THE CITY OF LYNCHBURG, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This day came Defendants, by counsel, and moved to extend the deadline for filing Rule 26(a) initial disclosures to November 15, 2024. It appearing to the Court that Plaintiffs do not object to Defendants' motion and that the motion is supported by good cause, it is hereby ORDERED that the deadline for filing Rule 26(a) initial disclosures be extended to November 15, 2024. All other deadlines in the pretrial schedule remain in effect.

ENTER this _____ day of _____, 2024.

_____
Judge

1