IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action: 6:24cv00039 |
| | ) |
| THE CITY OF LYNCHBURG, et al., | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO DISMISS

Defendant LPD Officer Garrett Waterman, by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts 5 and 12 of the First Amended Complaint because they fail to state a claim upon which relief can be granted as more fully set forth in Defendant Officer Waterman's Memorandum in Support of Motion to Dismiss the First Amended Complaint.

**WHEREFORE**, Defendant Officer Garrett Waterman respectfully moves the Court to dismiss Counts 5 and 12 of the First Amended Complaint with prejudice.

OFFICER GARRETT WATERMAN

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:     540-389-2350
Email: jimg@guynnwaddell.com
       johnf@guynnwaddell.com
*Counsel for City of Lynchburg and Officer Garrett Waterman*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for City of Lynchburg and Officer Garrett Waterman*