**V I R G I N I A:**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **STANLEY BROWN**, *et al*; | ) |
|    *Plaintiffs* | ) |
| | ) |
| v. | )    CASE NO.   6:24-cv-00039 |
| | ) |
| **CITY OF LYNCHBURG**, *et al*, | ) |
|    *Defendant*. | ) |

**STIPULATION TO DISMISSAL OF DEFENDANT VIRGINIA STATE
TROOPER JOHN ROSE WITHOUT PREJUDICE**

COMES NOW the Defendant, by counsel, in response to the Order to Show Cause of this Court entered on November 12, 2024 (ECF 29), and stipulates to the dismissal without prejudice of all counts against Defendant Virginia State Trooper John Roe.

Respectfully submitted,

**STANLEY BROWN and DA'QUAN HUNT**
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By:/s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiffs**
    **Virginia State Bar No. 72326**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ M. Paul Valois
M. Paul Valois