AO 440 (Rev. 06/12) (02/17 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24CV00039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ciarra D Joyner__
was received by me on *(date)* __12/30/24__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Rebecca Evans__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Campbell County Sheriff's Department__ on *(date)* __12/30/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/30/24__

_____
Server's signature

__Jason Farish__
Printed name and title

__1060 Elk Lake Ln, Forest, VA, 24551__
Server's address

Additional information regarding attempted service, etc: