AO 440 (Rev. 06/12) (02/17 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24CV00039

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Raymond Shelton

was received by me on *(date)*  12/30/24  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Brittnie Hubbard , who is

designated by law to accept service of process on behalf of *(name of organization)*  Lynchburg

City Hall _____ on *(date)* 12/30/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  100  for travel and $  0  for services, for a total of $  10 0.00  .

I declare under penalty of perjury that this information is true.

Date: 12/30/24

_____
Server's signature

Jason Farish
_____
Printed name and title

1060 Elk Lake Ln, Forest, VA
_____
Server's address    24551

Additional information regarding attempted service, etc: