AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:24CV00039

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Officer Keelan Wallace__
was received by me on *(date)* __12/30/24__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Brittnie Hubbard__, who is designated by law to accept service of process on behalf of *(name of organization)* __Lynchburg City Hall__ on *(date)* __12/30/24__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/30/24__

*[signature]*
Server's signature

__JASON FARISH__
Printed name and title

__1660 ELK LAKE LN, FOREST, VA 24551__
Server's address

Additional information regarding attempted service, etc: