IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action: 6:24cv00039 |
| | ) |
| THE CITY OF LYNCHBURG, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendant LPD Officers Ciarra D. Joyner, Raymond Shelton, and Keelan Wallace, by counsel, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss certain claims of the Amended Complaint because they fail to state a claim upon which relief can be granted as more fully set forth in their Memorandum in Support of Motion to Dismiss the Amended Complaint.

**WHEREFORE**, Defendant LPD Officers Ciarra D. Joyner, Raymond Shelton, and Keelan Wallace respectfully move the Court to dismiss certain claims of the Amended Complaint with prejudice.

                        CIARRA D. JOYNER, RAYMOND SHELTON, and KEELAN WALLACE

                        By: /s/ John R. Fitzgerald
                        Jim H. Guynn, Jr. (VSB #22299)
                        John R. Fitzgerald (VSB #98921)
                        GUYNN WADDELL, P.C.
                        415 S. College Avenue
                        Salem, Virginia 24153
                        Phone: 540-387-2320
                        Fax:   540-389-2350
                        Email: jimg@guynnwaddell.com
                                    johnf@guynnwaddell.com
                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
          johnf@guynnwaddell.com
*Counsel for Defendants*

2