UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

STANLEY LEE BROWN, JR. ET AL.

*Plaintiffs,*

v.

THE CITY OF LYNCHBURG, ET AL.

*Defendants.*

CASE NO. 6:24-cv-00039

ORDER

JUDGE NORMAN K. MOON

For the reasons set forth in the accompanying memorandum opinion, Defendant's Motion to Dismiss Counts Seven and Fourteen is denied, and the Motion to Dismiss Counts Five and Twelve is Granted.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this  5th  day of February, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1