IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 6:24cv00039 |
| ) | |
| THE CITY OF LYNCHBURG, et al., ) | |
| ) | |
| Defendants. ) | |

## ANSWER

Defendant, LPD Officer Garrett Waterman, by counsel, answers the Amended Complaint as follows:

1. With regard to paragraphs 1-4, Defendant admits that jurisdiction and venue is correct in the Lynchburg Division of the United States District Court for the Western District of Virginia. Defendant denies that this Court has jurisdiction over the state law claims standing alone.

2. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraphs 5-6.

3. Defendant admits the allegations contained in paragraphs 7-11.

4. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in paragraphs 12-13.

5. With regard to the allegations contained in paragraphs 14-40, Defendant affirmatively states that he lawfully detained and searched Plaintiffs, did not violate Plaintiffs' constitutional rights, and used the minimum amount of force necessary, if any, to conduct the search of Plaintiffs. Defendant denies the allegations contained in paragraphs 14-40.

1

6.     Paragraphs 41-47 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

7.     With regard to the allegations contained in paragraphs 48-71, Defendant affirmatively states that he lawfully detained and searched Plaintiffs, did not violate Plaintiffs' constitutional rights, and used the minimum amount of force necessary, if any, to conduct the search of Plaintiffs. Defendant denies the allegations contained in paragraphs 48-71.

8.     Paragraph 72 contains a legal conclusion to which no response is required.

9.     Paragraphs 73-75 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

10.    Defendant denies the allegations contained in paragraphs 76-77.

11.    Paragraph 78 contains allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

12.    With regard to the allegations contained in paragraph 79, Defendant denies the allegations contained in subsections (a)-(d). The remaining subsections of paragraph 79 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

13.    In response to paragraph 80, Defendant incorporates his responses to the preceding paragraphs.

14.    Defendant denies the allegations contained in paragraphs 81-87.

15.    In response to paragraph 88, Defendant incorporates his responses to the preceding paragraphs.

16.    Defendant denies the allegations contained in paragraphs 89-94.

17. In response to paragraph 95, Defendant incorporates his responses to the preceding paragraphs.

18. Defendant denies the allegations contained in paragraphs 96-103.

19. In response to paragraph 104, Defendant incorporates his responses to the preceding paragraphs.

20. Paragraphs 105-111 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

21. Paragraphs 112-117 pertain to claims that were dismissed by the Court's Order dated February 6, 2025 (ECF 45). Therefore, no response is required.

22. In response to paragraph 118, Defendant incorporates his responses to the preceding paragraphs.

23. Defendant denies the allegations contained in paragraphs 119-124.

24. Paragraphs 125-126 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

25. Defendant denies the allegations contained in paragraphs 127-128.

26. Paragraphs 129-132 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

27. In response to paragraph 133, Defendant incorporates his responses to the preceding paragraphs.

28. Defendant denies the allegations contained in paragraphs 134-139.

29. In response to paragraph 140, Defendant incorporates his responses to the preceding paragraphs.

30. Defendant denies the allegations contained in paragraphs 141-146.

31. In response to paragraph 147, Defendant incorporates his responses to the preceding paragraphs.

32. Defendant denies the allegations contained in paragraphs 148-155.

33. Paragraphs 156-163 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

34. Paragraphs 164-169 pertain to claims that were dismissed by the Court's Order dated February 6, 2025 (ECF 45). Therefore, no response is required.

35. In response to paragraph 170, Defendant incorporates his responses to the preceding paragraphs.

36. Defendant denies the allegations contained in paragraphs 171-176.

37. Paragraphs 177-184 contain allegations that do not pertain to Defendant and therefore he is not required to respond to those allegations.

38. In response to paragraph 185, Defendant incorporates his responses to the preceding paragraphs.

39. Defendant denies the allegations contained in paragraph 186-188.

40. Defendant denies all allegations not expressly admitted herein.

41. Defendant denies that he is indebted or liable to the Plaintiffs for the amounts or reasons set forth in the Amended Complaint or any other amounts or reasons whatsoever.

42. Defendant is immune from suit or damages by the doctrines of sovereign, governmental, and/or qualified immunity.

OFFICER GARRETT WATERMAN

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email:  jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants City of Lynchburg, Waterman, Joyner, Shelton and Wallace*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email:  jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants City of Lynchburg, Waterman, Joyner, Shelton and Wallace*