IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action: 6:24cv00039 |
| | ) |
| THE CITY OF LYNCHBURG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This day came Defendants, by counsel, and moved to extend the deadline for Plaintiffs' initial expert disclosure to 90 days before trial, for Defendants' initial expert disclosure to 60 days before trial, and for rebuttal expert disclosures to 45 days before trial. It appearing to the Court that Plaintiffs do not object to Defendants' motion and that the motion is supported by good cause, it is hereby ORDERED that the deadline for Plaintiffs' initial expert disclosure be extended to 90 days before trial, that the deadline for Defendants' initial expert disclosure be extended to 60 days before trial, and that rebuttal expert disclosures be extended to 45 days before trial. All other deadlines in the pretrial schedule remain in effect.

ENTER this _____ day of _____, 2025.

_____
Judge