CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/24/2024
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| STANLEY LEE BROWN, JR. ET AL. | |
| *Plaintiffs*, | CASE NO. 6:24-cv-00039 |
| v. | |
| | ORDER |
| THE CITY OF LYNCHBURG, ET AL. | JUDGE NORMAN K. MOON |
| *Defendants.* | |

On January 21, 2025, Defendants LPD Officers Ciarra D. Joyner, Raymond Shelton, and Keelan Wallace moved to dismiss claims against them pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. 42. Plaintiffs failed to respond to the motion within the required fourteen days. Pursuant to the Pretrial Order entered on September 9, 2024, Defendants' motion is deemed unopposed. *See* Dkt. 10 ¶ 7. Accordingly the motion (Dkt. 42) is GRANTED.

Specifically, Counts One, Two, Four, Six, Nine, Ten, Eleven, Thirteen and Fifteen are dismissed as to Defendants Joyner, Shelton and Wallace.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this ___24th___ day of April, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE