CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/24/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

STANLEY LEE BROWN, JR., ET AL.,

      *Plaintiffs*,

v.

THE CITY OF LYNCHBURG, ET AL.,

      *Defendants*.

CASE NO. 6:24-cv-00039

ORDER

JUDGE NORMAN K. MOON

On January 21, 2025, Defendants LPD Officers Ciarra D. Joyner, Raymond Shelton, and Keelan Wallace moved to dismiss claims against them pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. 42. Plaintiffs failed to respond to the motion within the required fourteen days. Pursuant to the Pretrial Order entered on September 9, 2024, Defendants' motion is deemed unopposed. *See* Dkt. 10 ¶ 7. Accordingly the motion (Dkt. 42) is GRANTED.

Specifically, Defendants Joyner and Shelton should be dismissed from the Amended Complaint, and Counts Two, Three, Four, Six, Nine, Ten, Eleven, and Thirteen of the Amended Complaint should be dismissed as to Officer Wallace.

Entered this 24th day of April, 2025.

Norman K. Moon, Senior United States District Judge