**V I R G I N I A:**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **STANLEY BROWN,** *et al*;    )<br>    *Plaintiffs*    )<br>    )<br>v.    )<br>    )<br>**CITY OF LYNCHBURG,** *et al*,    )<br>    *Defendant.*    )    | CASE NO.   6:24-cv-00039 |

PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Plaintiff, by counsel and without objection by the Defendants, to move this Court to continue the trial date from August 13-14, 2025 in order to conduct further discovery and to allow time to prepare for trial and to disclose expert reports.

Respectfully submitted,

STANLEY BROWN and DA'QUAN HUNT
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By:/s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiffs**
    **Virginia State Bar No. 72326**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ M. Paul Valois
                                        M. Paul Valois