CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/7/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| STANLEY LEE BROWN, JR., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 6:24-cv-39-NKM-CKM |
| | ) |
| CITY OF LYNCHBURG, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

This matter is before the court on the defendants' unopposed Motion to Amend the Pretrial Schedule, ECF No. 48, and the plaintiffs' unopposed Motion to Continue, ECF No. 52. The parties request to extend the current deadlines for expert disclosures and continue the trial date. The court held a discovery conference on the matter. ECF No. 54. For good cause shown, the parties' motions are **GRANTED**. The Pretrial Order, ECF No. 10, as amended by the parties' Rule 26(f) written plan, ECF No. 11, is modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs Expert Disclosure | March 17, 2025 | **July 3, 2025** |
| Defendants Expert Disclosure | April 15, 2025 | **August 1, 2025** |
| Rebuttal Expert Disclosure | May 15, 2025 | **September 1, 2025** |
| Deadline to Complete Discovery | May 15, 2025 | **September 16, 2025** |
| Deadline to File Dispositive Motions | May 30, 2025 | **October 1, 2025** |
| Deadline for Hearing Dispositive Motions | June 9, 2025 | **October 31, 2025** |
| Trial | August 13–14, 2025 | **December 15–16, 2025** |

All other deadlines and instructions set forth in the court's Pretrial Order, ECF No. 10, shall remain unchanged by this Order.

**IT IS SO ORDERED**.

Entered: May 7, 2025

_____
Hon. C. Kailani Memmer
United States Magistrate Judge