

# COMMONWEALTH of VIRGINIA

### Department of Taxation

August 27, 2025

Lisa A. Austin, Clerk of Court
U.S. District Court – Western District of Virginia
Lynchburg Division
1101 Court Street, Suite A66
Lynchburg, VA 24504

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

AUG 28 2025

LAURA A AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Re:   Stanley Lee Brown, Jr., et al. v. City of Lynchburg, et al.
      Case No: 6:24cv39

Dear Honorable Clerk:

Tax Commissioner James J. Alex has appointed me, Michael Palmer, Disclosure Officer, to act on his behalf in response to the subpoena served on the Virginia Department of Taxation ("Department") on August 26, 2025. The Department's response to the subpoena is hereby submitted to the Court under seal in compliance with Va. Code § 58.1-109. **THE SEALED ENVELOPE CONTAINS CONFIDENTIAL TAXPAYER INFORMATION AND MAY NOT BE OPENED BY OR RELEASED TO ANY THIRD PARTY UNLESS DIRECTED BY A JUDGE.** The information is subject to a qualified privilege against disclosure, and reasonable cause to unseal the envelope and disclose the information must be demonstrated to the Court in the same manner as when federal tax information is sought under 26 U.S.C. 6103(i). *In re Grand Jury Subpoena Dated April 18, 2007*, 485 F. Supp. 2d 709 (E.D. Va. 2007).

Please note that you, and/or the requesting party, must return all information hereby submitted to the Court after the entry of a final order in this case, unless otherwise directed by the judge.

If you have any questions, please contact me at the number below.

Respectfully,

Michael Palmer
Disclosure Officer
Virginia Department of Taxation
Office of General Legal and Technical Services
Phone: (804) 404-4029

cc:   John R. Fitzgerald, Esq.
      Guynn Waddell, PC
      415 S. College Ave
      Salem, VA 24153
      (540) 387-2320