IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF LYNCHBURG, et al., )<br>)<br>    Defendants. ) | Civil Action: 6:24cv00039 |

## **JOINT MOTION TO CONTINUE TRIAL**

NOW COME the parties to this matter, by counsel, and move the Court for a continuance of the jury trial date of the above captioned matter from December 15-16, 2025 in order to conduct further discovery and to allow time to prepare for trial.

1. Trial in this matter is currently scheduled for December 15-16, 2025.

2. The pretrial schedule in the Court's order of May 7, 2025 (ECF No. 55) sets the deadline to complete discovery on September 16, 2025, the deadline to file dispositive motions on October 1, 2025, and the deadline to hear dispositive motions on October 31, 2025.

3. On August 17, 2025, Plaintiffs noticed a deposition of Defendant Officer Garrett Waterman ("Waterman") and a Rule 30(b)(6) deposition of designee(s) from Defendant City of Lynchburg (the "City") on August 28, 2025.

4. Counsel for Defendants proposed, and counsel for Plaintiffs indicated agreement with, deposing Waterman and any designees from the City on the same date for the sake of efficiency.

5. Despite the City's best efforts to select appropriate designees and defense counsel's best efforts to coordinate the scheduling of the Rule 30(b)(6) deposition and

Waterman's deposition prior to the discovery deadline on September 16, 2025, the earliest date that they could schedule the Rule 30(b)(6) deposition was October 23, 2025, which is beyond both the discovery deadline and the deadline to file dispositive motions.

6.    Completing Waterman's deposition and the City's Rule 30(b)(6) deposition are critical to the arguments of both parties regarding the Plaintiffs' claims against the Defendants.

7.    Counsel for the parties have conferred and agree that a continuance of the trial to 2026 is necessary to complete discovery and prepare for trial.

8.    Counsel for the parties have requested the Court's availability for a two-day jury trial.

9.    A proposed order granting this motion is attached hereto as <u>Exhibit 1</u>.

Therefore, in order to provide the parties ample time to complete discovery and prepare for trial, the parties respectfully request that the Court continue trial from December 15-16, 2025 to a date available to the Court and mutually agreed upon by the parties.

Respectfully submitted,

CITY OF LYNCHBURG, GARRETT WATERMAN and KEELAN WALLACE

By <u>/s/ John R. Fitzgerald</u>
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:   540-389-2350
Email: jimg@guynnwaddell.com
       johnf@guynnwaddell.com
*Counsel for Defendants*

STANLEY LEE BROWN, JR. and
DA'QUAN HUNT
By <u>/s/ M. Paul Valois</u>

{00543159.DOCX }    2

        M. Paul Valois (VSB #72326)
        James River Legal Associates
        7601 Timberlake Road
        Lynchburg, VA 24502
        T: 434-845-4529
        F: 434-845-8536
        Email: mvalois@vbclegal.com
        *Counsel for Plaintiffs*