IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action: 6:24cv00039 |
| | ) |
| THE CITY OF LYNCHBURG, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the parties' Joint Motion to Continue Trial in this matter from December 15-16, 2025 to dates in 2026 that are mutually agreeable to the parties and the Court. The Court, having reviewed the motion and the record, and finding that there is good cause justifying the relief requested, hereby ORDERS that the Joint Motion to Continue Trial in this matter is hereby GRANTED.

ENTERED this \_\_\_\_ day of _____, 2025.

_____
JUDGE