IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/15/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

| | |
|---|---|
| STANLEY LEE BROWN, JR., et al., | ) |
| Plaintiffs, | ) Civil Action: 6:24cv00039 |
| v. | ) |
| | ) By: C. Kailani Memmer |
| THE CITY OF LYNCHBURG, et al., | ) United States Magistrate Judge |
| Defendants. | ) |

## ORDER

Before the court is the parties' Joint Motion to Continue Trial in this matter from December 15-16, 2025 to dates in 2026 that are mutually agreeable to the parties and the court. The court, having reviewed the motion and the record and having a hearing on the motion, and finding that there is good cause justifying the relief requested, hereby **ORDERS** that the Joint Motion to Continue Trial, ECF No. 59, is hereby **GRANTED**. Accordingly, the trial in this matter is continued to December 1–2, 2026.

Based upon the continuance of the trial, the court also finds good cause to amend the Pretrial Order, ECF No. 10. Accordingly, the Pretrial Order, ECF No. 10, as amended by the parties' Rule 26(f) written plan, ECF No. 11, and order amending the pretrial order, ECF No. 55, is amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs Expert Disclosure | July 3, 2025 | **April 1, 2026** |
| Defendants Expert Disclosure | August 1, 2025 | **April 29, 2026** |
| Rebuttal Expert Disclosure | September 1, 2025 | **May 27, 2026** |
| Deadline to Complete Discovery | September 16, 2025 | **July 4, 2026** |
| Deadline to File Dispositive Motions | October 1, 2025 | **July 29, 2026** |
| Deadline for Hearing Dispositive Motions | October 31, 2025 | **August 18, 2026** |
| Trial | December 15–16, 2025 | **December 1–2, 2026** |

1

All other deadlines and instructions set forth in the court's Pretrial Order, ECF No. 10, shall remain unchanged by this Order.

It is so **ORDERED**.

ENTERED: October 15, 2025

_____
Hon. C. Kailani Memmer
United States Magistrate Judge