CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

June 08, 2026

LAURA A. AUSTIN, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

STANLEY LEE BROWN, ET AL.,

        *Plaintiffs*,

v.

CITY OF LYNCHBURG, ET AL.,

        *Defendants*.

CASE NO. 6:24-CV-00039

ORDER

JUDGE NORMAN K. MOON

This matter is hereby **REFERRED** for mediation with United States Magistrate Judge C. Kailani Memmer. The parties are **ORDERED** to appear before Judge Memmer and are directed to contact her chambers to schedule a conference.

The Clerk of Court is directed to send a copy of this Order to all counsel of record. Entered this 8th day of June, 2026.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE