IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STANLEY LEE BROWN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv00039 |
| | ) | |
| THE CITY OF LYNCHBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

John R. Fitzgerald moves the Court to enter an Order allowing him to withdraw as counsel of record for City of Lynchburg, Officer Garrett Waterman, and Officer Keelan Wallace (the "Defendants"). In support, the undersigned counsel states as follows:

1. John R. Fitzgerald is no longer be employed by Guynn Waddell, P.C. as of September 1, 2026, and respectfully requests that his appearance in this matter on behalf of Defendants be withdrawn.

2. Jim H. Guynn, Jr. and the law firm of Guynn Waddell, P.C. will continue as counsel of record for Defendants, who will not be prejudiced by John R. Fitzgerald's withdrawal.

3. A proposed Order granting this relief is attached hereto.

WHEREFORE John R. Fitzgerald, respectfully asks that the Court grant this Motion and allow him to withdraw as counsel of record for Defendants.

CITY OF LYNCHBURG, GARRETT
WATERMAN, and KEELAN WALLACE

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email: jimg@guynnwaddell.com
johnf@guynnwaddell.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify on the 31st day of August, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
John R. Fitzgerald (VSB #98921)