IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STANLEY LEE BROWN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv00039 |
| | ) | |
| THE CITY OF LYNCHBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter came to be heard upon the Motion of John R. Fitzgerald for an Order withdrawing his representation of City of Lynchburg, Officer Garrett Waterman, and Officer Keelan Wallace (the "Defendants").

Upon due consideration, it is ORDERED that the Motion is GRANTED. Accordingly, it is ORDERED that John R. Fitzgerald is hereby relieved as counsel for Defendants and the law firm of Guynn Waddell, P.C. will continue to act as counsel of record for Defendants.

IT IS SO ORDERED.

ENTER: / /

______________________________
U.S. District Judge