IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STANLEY LEE BROWN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv00039 |
| | ) | |
| THE CITY OF LYNCHBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Stanley Lee Brown, Jr. and Da'Quant Hunt and Defendants City of Lynchburg, LPD Officer Garrett Waterman, and LPD Officer Keelan Wallace (the "Defendants") stipulate to the voluntary dismissal with prejudice of any and all counts and claims against Defendants as set forth in the Amended Complaint, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all such counts and claims.

A proposed dismissal order is attached for the Court's consideration.

STANLEY LEE BROWN, JR. and DA'QUANT HUNT

By: /s/ M. Paul Valois
M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

and

CITY OF LYNCHBURG, LPD OFFICER GARRETT WATERMAN, and LPD OFFICER KEELAN WALLACE

By: /s/ Christopher S. Dadak
Christopher S. Dadak (VSB #83789)
Jim H. Guynn, Jr. (VSB #22299
GUYNN WADDELL, PC
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: ChristopherD@guynnwaddell.com
Email: JimG@guynnwaddell.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiffs*

/s/ Christopher S. Dadak
Christopher S. Dadak