IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STANLEY LEE BROWN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv00039 |
| | ) | |
| THE CITY OF LYNCHBURG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon stipulation of dismissal filed by Plaintiffs Stanley Lee Brown, Jr. and Da'Quant Hunt and Defendants City of Lynchburg, LPD Officer Garrett Waterman, and LPD Officer Keelan Wallace (the "Defendants"), by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ADJUDGED, ORDERED, AND DECREED that the Amended Complaint be DISMISSED WITH PREJUDICE as to Defendants, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all counts and claims as to Defendants.

IT IS SO ORDERED.

ENTER: / /

______________________________
U.S. District Judge